

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Rene Rushell Rivera,

Vs. No. 11-13-00057-CR

The State of Texas,

\* From the County Court at
Law No. 1 of Wichita County,
Trial Court No. 55669-E.

\* March 20, 2015

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.